No. 83–5726. VANDYKE v. WAWRZASZEK, ADMINISTRATOR, ARIZONA STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 83–5727. WILLIAMS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 83–5741. LEWIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–5754. PISCANIO v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–5758. FORBES v. AMERICAN TELEPHONE & TELEGRAPH ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–473 (A–220). OROFINO v. UNITED STATES. C. A. 2d Cir. Application for bail and/or stay, addressed to JUSTICE WHITE and referred to the Court, denied. Certiorari denied.

No. 83–624. MASHPEE TRIBE ET AL. v. CLARK, SECRETARY OF THE INTERIOR, ET AL. C. A. 1st Cir. Motion of Center for Constitutional Rights et al. for leave to file a brief as *amici curiae* granted. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.